IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM J. HARDING, JR., | ) |
| | ) |
| Plaintiff, | )   2:06-cv-1438 |
| v. | ) |
| | ) |
| ELLWOOD SPECIALTY STEEL, LLC, | ) |
| and ELLWOOD GROUP, INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER OF COURT

AND NOW, this 11th day of May, 2007, upon consideration of DEFENDANTS' MOTION TO DISMISS and Brief in Support (Document No. 9) and the Court's Order of February 21, 2007 which required a response to said Motion on or before March 12, 2007, and the Court's Order of April 19, 2007, which again instructed Plaintiff to file a brief and response in opposition to the pending Motion to Dismiss and extended the response date to on or before May 10, 2007, and with no response having been filed by Plaintiff and with due consideration and deliberation of the factual and legal arguments advanced in the Brief in Support of Defendants' Motion to Dismiss, each of which the Court finds to have merit and are specifically unrebutted by Plaintiff,

NOW THEREFORE, Defendants' Motion to Dismiss is **GRANTED** in its entirety. The Clerk shall docket this case closed.

BY THE COURT:

s/  Terrence F. McVerry
United States District Court Judge

cc: William J. Harding, Jr.
306 Boston Avenue
New Castle, PA 16101

Timothy J. Jacob, Esquire
Manchester, Bennett, Powers & Ullman
Email: tjacob@mbpu.com